**CENTER FOR DISABILITY ACCESS**
Raymond G. Ballister, Jr. (SBN 111282)
rayballister@potterhandy.com
Mark D. Potter (SBN 166317)
mark@potterhandy.com
9845 Erma Road, Suite 300
San Diego, California 92131
Telephone: (858) 375-7385
Facsimile: (858) 422-5191

Attorneys for Plaintiff
Gilbert Salinas

*(additional counsel listed on next page)*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>        Plaintiff,<br>    vs.<br><br>ANSCHUTZ ENTERTAINMENT GROUP, INC., A Colorado Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV-10-4639-R (MANx)<br><br>**ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION**<br><br>[Concurrently filed with Stipulation for Dismissal With Prejudice of Entire Action]<br><br>Judicial Officer:   Judge Manuel Real<br><br>Trial Date:   March 15, 2011 |

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024

**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Christopher F. Wong (SBN 142507)
cwong@ertwllp.com
Elena S. Min (SBN 235065)
emin@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4400
Facsimile:   (310) 445-4410

Attorneys for Defendant
Anschutz Entertainment Group, Inc.

2   [PROPOSED] ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION

# ORDER

Having reviewed the Stipulation for Dismissal With Prejudice of Entire Action submitted by plaintiff Gilbert Salinas and defendant Anschutz Entertainment Group, Inc.,

IT IS HEREBY ORDERED that the entire action, including all claims against defendant Anschutz Entertainment Group, Inc., is dismissed with prejudice. Each party shall bear his or its own costs and fees.

Dated: November 19, 2010

_____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

**CENTER FOR DISABILITY ACCESS**
Raymond G. Ballister, Jr.
Mark D. Potter

By:_____
     Mark D. Potter
Attorneys for Plaintiff
Gilbert Salinas


**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman
Christopher F. Wong
Elena S. Min


By:_____
     Elena S. Min
Attorneys for Defendant
Anschutz Entertainment Group, Inc.